**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                                      **CASE NO: 24-50090-KKS**
                                                                **CHAPTER 7**

**Deborah Nouskhajian,**

    **Debtor,**

_____/

**ORDER GRANTING MOTION TO SELL**
**REAL PROPERTY FREE AND CLEAR OF LIENS,**
**ENCUMBRANCES, AND INTERESTS (ECF NO. 37)**

**THIS CASE** is before the Court on the Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests ("Motion," ECF No. 37). Trustee filed her Notice of Intent to Sell Real Property ("Notice of Intent to Sell," ECF No. 43) with a twenty-one day negative notice and no opposition filed or asserted thereto. A hearing was set for May 5, 2026, but not held pursuant to N.D. Fla. Local Rule 6004-1. The Court has determined that the relief sought in the Motion should be granted so it is,

    **ORDERED**:

    1.    The Motion is **GRANTED**; the Notice of Intent to Sell **is APPROVED**.

2.     The Trustee is authorized to sell the Property, located at Owl Court, Florida, identified as Jackson County Parcel I.D. no. 02-2N-11-0083-10AE-0550 and described as LOT 5 BLK AE, COMPASS LAKE HILLS UNIT 2 BEING IN 34-3N-11 (hereinafter "the Property"), free and clear of all liens, encumbrances, or interests, pursuant to those terms identified in the Notice of Intent to Sell, for the price of $11,000.00 to the current purchaser.

3.     The Trustee is authorized to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtors to the current purchaser.  The Trustee is authorized to pay certain expenses from the proceeds of the sale as set forth in the motion.

4.      The Trustee upon execution and closing of the sale, shall deposit the net proceeds into the estate to be administered by the Trustee in accordance with Bankruptcy procedure.

**DONE AND ORDERED** on  April 28, 2026     .

_____
**Karen K. Specie**
Chief U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq. (MODIFIED IN CHAMBERS)

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) business days of entry of the order.