**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**IN RE:**                           **CASE NO. 24-50090-KKS**
                                      **CHAPTER 7**

**Deborah Nouskhajian,**

       **Debtor.**

_____/

**TRUSTEE'S REPORT OF SALE (re: ECF NO. 43)**

**COMES NOW** Mary W. Colón, Chapter 7 Trustee, hereby files her Report of Sale, and states the following:

1. On 3/31/26, the Trustee noticed her intention to sell property of the estate as described in said Notice of Intent to Sell Real Property (ECF No. 43), *with negative notice,* and Motion to Sell Real Property Subject to Any and All Liens, Encumbrances, and Interests (ECF No. 37) filed on 3/20/26.

2. The Trustee received no objections to the sale.

3. An Order Granting Motion to Sell was issued on 4/28/26 (ECF No. 46).

4. Accordingly, the Trustee hereby acknowledges the consummation of each sale to the purchaser with any and all

appropriate documents having been delivered to the purchaser.  A copy of the Settlement Statement is attached as Exhibit "A".

5.    The Trustee further acknowledges that the sum of $9,329.39 has been deposited into the Estate's account.

**DATED**: May 20, 2026.

/s/ Mary W. Colón
MARY W. COLÓN
Florida Bar No. 0184012
Post Office Box 14596
Tallahassee, Florida 32317
Telephone: (850) 241-0144
Fax: (850) 702-0735
trustee@marycolon.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail with postage prepaid to Deborah Nouskhajian, 315 Brooke Court, Panama City, FL 32404; Michael Austen Wynn, Esq.,  Stichter Riedel Blain & Postler, 430 W 5th Street, Suite 400,  Panama City,  FL 32401 on May 20, 2026.

/s/ Mary W. Colón
MARY W. COLÓN

| Florida Land Title & Trust Company | ALTA Combined Settlement Statement |
|---|---|
| ALTA Universal ID: 0000597 | |
| 2870 Madison Street | |
| Marianna, FL 32448 | |
| (850) 482-2323 | |

| File #: | FLT-39603 | Property | xxxx Owl Court | Settlement Date | 05/01/2026 |
|---|---|---|---|---|---|
| Print Date & Time: | 04/29/2026 at 11:17 AM CDT | | Marianna, FL 32448 | Disbursement Date | 05/01/2026 |
| Escrow Officer: | | Buyer | Emmett Burns Robson | | |
| | | | 3240 Honeybee Lane | | |
| Settlement Location: | 2870 Madison Street | | Marianna, FL 32448 | | |
| | Marianna, FL, 32448 | Seller | Mary W. Colon, Chapter 7 | | |
| | | | Trustee of Ch. 7 Trustee, | | |
| | | | Mary W. Colon dated | | |
| | | | February 19, 2026 | | |
| | | | P.O. Box 14596 | | |
| | | | Tallahassee, FL 32317 | | |
| | | Lender | | | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $11,000.00 | Sale Price of Property | $11,000.00 | |
| | | Deposit | | $1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $26.91 | | County Taxes 01/01/2026 to 05/01/2026 | | $26.91 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Government recording charges | $52.50 | |
| $77.00 | | State tax/stamps Deed $77.00 Mortgage $0.00 to Jackson County Clerk | | |
| | | eRecording Fee to Jackson County Clerk | $4.75 | |
| | | | | |
| | | **Commission** | | |
| | | --$1,200.00 to Jim Roberts Realty | | |
| $1,200.00 | | Commission paid at settlement | | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Settlement or closing fee to Florida Land Title & Trust Company | $500.00 | |
| | | Owner's title insurance to First American Title Insurance Company | $100.00 | |
| | | Title Search Fee to First American Title Insurance Company | $75.00 | |
| | | | | |
| | | **Miscellaneous** | | |
| $147.03 | | 2023 Property Taxes to Jackson County Tax Collector | | |
| $137.81 | | 2024 Property Taxes to Jackson County Tax Collector | | |
| $81.86 | | 2025 Property Taxes to Jackson County Tax Collector | | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| $1,670.61 | $11,000.00 | Subtotals | $11,732.25 | $1,026.91 |
| | | Due from Buyer | | $10,705.34 |
| $9,329.39 | | Due to Seller | | |
| $11,000.00 | $11,000.00 | Totals | $11,732.25 | $11,732.25 |

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Florida Land Title & Trust Company to cause the funds to be disbursed in accordance with this statement.

Ch. 7 Trustee, Mary W. Colon

Emmett Burns Robson                          Date

By: _____    4.29.26

Mary W. Colon, Chapter 7 Trustee            Date

Settlement Agent                             5/1/26
                                             Date

Produced by Florida Land Title & Trust Company
Using Qualia

Page 2 of 2

File # FLT-39603
Printed on 04/29/2026 at 11:17 AM CDT

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Florida Land Title & Trust Company to cause the funds to be disbursed in accordance with this statement.

_____    5/1/24
Emmett Burns Robson                                                    Date

Ch. 7 Trustee, Mary W. Colon

By: _____
Mary W. Colon, Chapter 7 Trustee                                 Date

_____    5/1/26
Settlement Agent                                                         Date