**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**IN RE:**                                              **CASE NO. 24-50090-KKS**
                                                        **CHAPTER 7**
**Deborah Nouskhajian,**

      **Debtor.**
_____/

## TRUSTEE'S REPORT OF SALE (re: ECF NO. 19)

**COMES NOW** Mary W. Colón, Chapter 7 Trustee, hereby files her Report of Sale, and states the following:

1.  On September 24, 2024, the Trustee noticed her intention to sell property of the estate as described in said Trustee's Report and Notice of Intention to Sell Property of the Estate at Auction (ECF No. ), *with negative notice*.

2.  The Trustee received no objections to the sale.

3.  Accordingly, the Trustee hereby acknowledges the consummation of each sale to the purchaser with any and all appropriate documents having been delivered to the purchaser.  A copy of the Settlement Statement is attached as Exhibit "A".

4.  The Trustee further acknowledges that the sum of $10,000.00 has been deposited into the Estate's account.

**DATED**: May 20, 2026.

/s/ Mary W. Colón
MARY W. COLÓN
Florida Bar No. 0184012
Post Office Box 14596
Tallahassee, Florida 32317
Telephone: (850) 241-0144
Fax: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail with postage prepaid to: Deborah Nouskhajian, 315 Brooke Court, Panama City, FL 32404;; Michael Austen Wynn, Esq.,  Stichter Riedel Blain & Postler, 430 W 5th Street, Suite 400,  Panama City,  FL 32401 on May 20, 2026.

/s/ Mary W. Colón
Mary W. Colón