**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:      Shondreka M Bellenger              §   Case No. 25-40598-KKS
                                               §
                                               §
Debtor(s)                                      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Mary W. Colón, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U S Bankruptcy Court
110 East Park Avenue, Suite 128
Tallahassee, FL  32301

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 128, Tallahassee, FL, 32301 within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/19/2026              By: /s/ Mary W. Colón
                                               Trustee

Mary W. Colón
PO Box 14596
Tallahassee, FL  32317
(850) 241-0144
trustee@marycolon.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:     Shondreka M Bellenger                        §   Case No. 25-40598-KKS
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATION FOR COMPENSATION**

*The Final Report shows receipts of*                $                    8,681.00

*and approved disbursements of*                     $                    3,335.69

*leaving a balance on hand of* [1]                  $                    5,345.31

**Balance on hand:**                                $              5,345.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | |

Total to be paid to secured creditors:         $                    0.00
Remaining balance:                             $                    5,345.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary W. Colón | 1,285.90 | 0.00 | 1,285.90 |
| Trustee, Expenses - Mary W. Colón | 114.45 | 0.00 | 114.45 |

Total to be paid for chapter 7 administration expenses:     $          1,400.35
Remaining balance:                                          $          3,944.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| NONE |
| --- |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 3,944.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| NONE | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,944.96

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,451.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.298 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 1 | US AUTO CREDIT PURCHASING CENTER | 3,729.80 | 0.00 | 1,018.17 |
| 2 | Midland Credit Management, Inc. | 1,200.58 | 0.00 | 327.73 |
| 3 | LVNV Funding, LLC | 1,222.13 | 0.00 | 333.62 |
| 4 | Intercoastal Financial Llc | 2,666.57 | 0.00 | 727.92 |
| 5 | COMCAST | 271.68 | 0.00 | 74.16 |
| 6 | U.S. Department of Education c/o Nelnet | 2,669.51 | 0.00 | 728.72 |
| 7 | Midland Credit Management, Inc. | 2,691.18 | 0.00 | 734.64 |

Total to be paid for timely general unsecured claims: $ 3,944.96
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | |

Total to be paid for tardy general unsecured claims:  $            0.00

Remaining balance:  $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | |

Total to be paid for subordinated claims:  $            0.00

Remaining balance:  $            0.00

Prepared By:  /s/ Mary W. Colón

Trustee

Mary W. Colón
PO Box 14596
Tallahassee, FL  32317
(850) 241-0144
trustee@marycolon.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

SHONDREKA M BELLENGER

CASE NO: 25-40598 KKS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

---

On 6/5/2026, I did cause a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/5/2026

/s/ Mary W Colon
Mary W Colon  184012
Chapter 7 Panel Trustee
Chapter 7 trustee
PO Box 14596
Tallahassee, FL 32317
850-241-0144
sandra@marycolon.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

SHONDREKA M BELLENGER

CASE NO: 25-40598 KKS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 6/5/2026, a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/5/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W Colon
Chapter 7 trustee
PO Box 14596
Tallahassee, FL  32317

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-40598 KKS
NORTHERN DISTRICT OF FLORIDA
FRI JUN 5 11-37-47 PST 2026

~~EXCLUDE~~

~~(U)CARRINGTON MORTGAGE SERVICES  LLC~~

GLOBAL LENDING SERVICES LLC
PO BOX 5703
CLEARWATER  FL 33758-5703

AUTO CREDIT
PO BOX 57545
JACKSONVILLE  FL 32241-7545

BMG MONEY
444 BRICKELL AVE SETE 250
MIAMI  FL 33131-2404

COMCAST
PO BOX 1931
BURLINGAME  CA 94011-1931

(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

CHRYSLER CAPITAL
1601 ELM ST SUITE 800
DALLAS  TX 75201-7260

COMCAST
1701 JOHN F KENNEDY BLVD
PHILADELPHIA  PA 19103-2899

DEPT OF EDNELNET
121 S 13TH STREET
LINCOLN  NE 68508-1904

FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

GLOBAL LENDING SERVICES
5 CONCOURSE PARKWAY NE STE 29
ATLANTA  GA 30328-7104

INTERCOASTAL FINANCIAL LLC
7954 TRANSIT RD 136X
WILLIAMSVILLE  NY 14221-4117

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)LEAFY FINANCIAL  LLC
PO BOX 1089
GRAPEVINE TX 76099-1089

~~EXCLUDE~~

LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 1269
GREENVILLE  SC 29602-1269

MIDLAND CREDIT MANAGEMENT
320 E BIG BEAVER RD STE 300
TROY  MI 48083-1271

~~(D)MIDLAND CREDIT MANAGEMENT~~
~~320 E BIG BEAVER RD STE300~~
~~TROY  MI 48083-1271~~

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MONEY KEY
1000 N WEST STREET   SUITE 1200
WILMINGTON  DE 19801-1058

ORION CAPITAL SOLUTION
3221 SOUTHWESTERN BLVD SUITE 242
ORCHARD PARK  NY 14127-1230

~~EXCLUDE~~

(P)TOTAL LOAN SERVICES  LLC
ATTN JOHN LANGENDERFER
205 SUGAR CAMP CIRCLE
DAYTON OH 45409-1970

~~(D)(P)TOTAL LOAN SERVICES  LLC~~
~~ATTN JOHN LANGENDERFER~~
~~205 SUGAR CAMP CIRCLE~~
~~DAYTON OH 45409 1970~~

SUNRISE CREDIT SERVICES  INC
8 CORPORATE CENTER DRIVE STE 300
MELVILLE  NY 11747-3193

TALLAHASSEE MEMORIAL HEALTHCARE
1300 MICCOSUKEE ROAD
TALLAHASSEE  FL 32308-5037

TALLAHASSEE MEMORIAL HEALTHCARE
1607 SAINT JAMES CT STE 1
TALLAHASSEE  FL 32308-5352

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN  NE 68508-1911

US AUTO CREDIT PURCHASING CENTER
PO BOX 43668
JACKSONVILLE  FL 32203-3668

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE  FL 32301-7728

INDIA FOOTMAN
FOOTMAN LAW FIRM  PA
1345 CROSS CREEK CIRCLE
TALLAHASSEE  FL 32301-3729

DEBTOR

MARY W COLON
PO BOX 14596
TALLAHASSEE  FL 32317-4596

SHONDREKA M BELLENGER
3025 MOCK DR
TALLAHASSEE  FL 32301-6932